**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Julio Regalado, D.C., | § | |
|   *Plaintiff* | § | |
| | § | CIVIL ACTION NO.: 1:23-cv-00402-JRN |
| v. | § | |
| | § | JURY DEMANDED |
| ExamWorks, L.L.C., | § | |
|   *Defendant* | § | |

### Plaintiff Julio Regalado, D.C.'s Notice of Appeal

Notice is hereby given that **JULIO REGALADO, D.C.**, Plaintiff in the above-named cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment which was signed on February 26, 2024 (Dkt. No. 47) and the Report and Recommendation of the United States Magistrate Judge which was signed on February 7, 2024 (Dkt. No. 44).

Respectfully submitted,

*/s/ Katie P. Klein*
KATIE PEARSON KLEIN
Attorney-in-Charge
State Bar No. 11561900
WILLIAM D. MOUNT, JR.
State Bar No. 14602950
DALE & KLEIN, L.L.P.
1100 E. Jasmine Ave. Ste 202
McAllen, Texas 78501
(956) 687-8700
(956) 687-2416 (fax)
office@daleklein.com
Attorneys for Plaintiff

## Certificate of Service

I certify that a true and correct copy of the foregoing instrument has been served on all counsel of record by notice of electronic filing on March 26, 2024, to wit:

Joshua A. Romero
JACKSON WALKER LLP
100 Congress Avenue, Ste. 1100
Austin, TX 78701
jromero@jw.com

/s/ William D. Mount, Jr.
WILLIAM D. MOUNT, JR.

H:\P\23-5810\Appeal\3.26.24-P's Ntce Appeal.wpd    Page 2 of 2